I<small>N</small> <small>THE</small> <small>MATTER</small> <small>OF</small> <small>THE</small> E<small>STATE</small> <small>OF</small> RUFUS R. ROBINSON, <small>DECEASED</small> (CHARLES C. HASCALL, <small>ADMINISTRATOR</small> <small>DE</small> <small>BONIS</small> <small>NON</small>, <small>APPEL-</small> <small>LANT</small>).

J<small>OURNAL</small> E<small>NTRIES</small> (1828–29): *Journal 4:* (1) Motion for leave to enter appeal *p. 237; (2) leave given to enter appeal *p. 244; (3) appeal bond approved, rule to show cause against reversal *p. 245; (4) continued *p. 341.

P<small>APERS</small> <small>IN</small> F<small>ILE</small>: (1) Petition for leave to appeal; (2) transcript of record of probate court; (3) affidavit of Charles C. Hascall; (4) affidavit of William F. Moseley; (5) copy of notice of intention to petition for leave to appeal, proof of service; (6) motion for leave to appeal; (7) reasons for appeal; (8) appeal bond; (9) motion for rule to show cause against reversal; (10) draft of rule to show cause against reversal; (11) stipulation for withdrawal of appeal.

*1824–36 Calendar,* MS p. 177.

SAMUEL C. LEWIS *versus* BENJAMIN DAVIS.

J<small>OURNAL</small> E<small>NTRIES</small> (1828): *Journal 4:* (1) Striken from docket *p. 241.

P<small>APERS</small> <small>IN</small> F<small>ILE</small>: (1) Affidavit and petition for certiorari, allocatur.

*1824–36 Calendar,* MS p. 152.

FRANÇOIS LOUSON *versus* MILES THORP <small>AND</small> DAVIS KNAPP.

J<small>OURNAL</small> E<small>NTRIES</small> (1828): *Journal 4:* (1) Striken from docket *p. 241.

P<small>APERS</small> <small>IN</small> F<small>ILE</small>: (1) Affidavit and petition for certiorari, allocatur.

*1824–36 Calendar,* MS p. 153.

JOHN JOHNSON *versus* ENOS CUTLER.

J<small>OURNAL</small> E<small>NTRIES</small> (1828–30): *Journal 4:* (1) Death suggested, continued *p. 241; (2) administratrix substituted as defendant *p. 318; (3) case submitted *p. 335; (4) judgment affirmed *p. 356.

P<small>APERS</small> <small>IN</small> F<small>ILE</small>: (1) Affidavit, petition, and precipe for writ of error; allocatur; (2) precipe for alias writ of error; (3) recognizance for writ of error; (4) writ of error and return; (5) assignment of errors, joinder; (6) suggestion of death of defendant in error; (7) stipulation for affirmance of case 1300 if this case affirmed.

*1824–36 Calendar,* MS p. 154. Recorded in *Book C,* MS pp. 214–21.